1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  HAROLD WALKER,                          CASE NO. 1:10-cv-01073-OWW-SMS PC

10                   Plaintiff,            ORDER DISMISSING ACTION, WITHOUT
                                           PREJUDICE, PURSUANT TO 28 U.S.C. §
11         v.                              1915(G)

12  M. STEVENS, et al.,                    (Docs. 3 and 8)

13                   Defendants.
    _____/
14

15        Plaintiff Harold Walker, a state prisoner proceeding pro se, filed this civil rights action

16  pursuant to 42 U.S.C. § 1983 on June 15, 2010.  Plaintiff is not eligible to proceed in forma pauperis

17  in this action and he has not submitted the $350.00 filing fee in compliance with the Court's order

18  of June 18, 2010.  28 U.S.C. § 1915(g).

19        Accordingly, this action is HEREBY DISMISSED, without prejudice, pursuant to section

20  1915(g).

21

22  IT IS SO ORDERED.

23  **Dated:    October 20, 2010            /s/ Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE
24

25

26

27

28

1